**U.S. DEPARTMENT OF HOMELAND SECURITY**          **Warrant for Arrest of Alien**

SIGMA Event: 10667190          File No. A209 409 169
FINS #: 1159800441                      RBN1703000123
                                                    Date: March 24, 2017

**To:** **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ___DAS, SUJIT KUMAR AKA: BLANCO, EDGAR YAMIL___
is removable from the United States. This determination is based upon:

☒ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☒ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

M. LAWRENCE - CBP Watch Commander
_____
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Niagara Falls, New York___
                                                                                                            (Location)

on ___DAS, SUJIT KUMAR AKA: BLANCO, EDGAR YAMIL___ on ___03/27/2017___ , and the contents of this
          (Name of Alien)                                          (Date of Service)

notice were read to him or her in the ___ENGLISH___ language.
                                                          (Language)

R. MORMEL  _Rebecca Mormel_                              None
          Name and Signature of Officer          Name or Number of Interpreter (if applicable)

---

Form I-200 (Rev. 09/16)

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

Deacon, Molly Maureen
ECBA Volunteer Lawyers Project
8 South Lyon Street
Batavia, NY 14020

**DHS/ICE Office of Chief Counsel - BTV**
4250 Federal Dr.
Batavia, NY 14020

Name: DAS, SUJIT KUMAR                                    A209-409-169

Type of Proceeding: Removal                    Date of this notice: 10/23/2018

Type of Appeal: Case Appeal                         Filed by: <u>Alien</u>

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on   10/22/2018            in the above-referenced case.

**WARNING:** If you leave the United States after filing this appeal but before the Board issues a decision your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. § 1001.1(q)).

**WARNING:** If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals.  Your submission of proof must be provided to the Board within 30 days of filing this appeal.  If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.2(c)(3)(ii).

**PLEASE NOTE:**
In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for <u>every</u> family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's <u>Practice Manual</u> at www.justice.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals — including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS or the Director of HHS/ORR at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected.</u>

cc:

Userteam: PCM

2

IMMIGRATION COURT
4250 FEDERAL DRIVE, ROOM F108
BATAVIA, NY  14020

In the Matter of

DAS, SUJIT KUMAR
Respondent

Case No.: A209-409-169

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on September 20, 2018
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X]   The respondent was ordered removed from the United States to India
      or in the alternative to .
[ ]   Respondent's application for voluntary departure was denied and
      respondent was ordered removed to  or in the
      alternative to .
[ ]   Respondent's application for voluntary departure was granted until
      upon posting a bond in the amount of $ _____
      with an alternate order of removal to .

Respondent's application for:
[ ]   Asylum was ( )granted  ( )denied( )withdrawn.
[ ]   Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ]   A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]   Cancellation of removal under section 240A(a) was ( )granted ( )denied
      ( )withdrawn.

Respondent's application for:
[ ]   Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
      ( ) withdrawn.  If granted, it is ordered that the respondent be issued
      all appropriate documents necessary to give effect to this order.
[ ]   Cancellation under section 240A(b) (2) was ( ) granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.
[ ]   Adjustment of Status under Section _____ was ( )granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.
[ ]   Respondent's application of ( ) withholding of removal ( ) deferral of
      removal under Article III of the Convention Against Torture was
      ( )granted ( ) denied ( ) withdrawn.
[ ]   Respondent's status was rescinded under section 246.
[ ]   Respondent is admitted to the United States as a _____ until _____.
[ ]   As a condition of admission, respondent is to post a $ _____ bond.
[ ]   Respondent knowingly filed a frivolous asylum application after proper
      notice.
[ ]   Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[ ]   Proceedings were terminated.
[X]   Other: Motion for Termination Denied
Date: September 20, 2018

STEVEN J. CONNELLY
Immigration Judge

Appeal: Waived/Reserved   Appeal Due By: October 22, 2018
by Respondent

3

ALIEN NUMBER: 209-409-169          NAME: DAS, SUJIT KUMAR

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M).    PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE: Sep 20. 2018_____    BY: COURT STAFF _____
      Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

Q6

4

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BATAVIA, NY

FILE: A209-409-169

IN THE MATTER OF:

DAS, SUJIT KUMAR

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Department of
Homeland Security and the respondent, it is hereby

_____ ORDERED that the request for a change in custody status be
denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody under bond of $_____

__X__ OTHER _Bond Request Withdrawn Without Prejudice._

Copy of this decision has been served on the respondent and the
Department of Homeland Security.

APPEAL: waived -- reserved
                  → by Both Sides
BATAVIA -- BATAVIA SERVICE PROCESSING CENTER

Date: _August 14, 2017_

                              _____
                              STEVEN J. CONNELLY
                              Immigration Judge

                                                    XS

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE: _8/14/17_     BY:  COURT STAFF _Rope_
   Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: Sujit Kumar DAS AKA: BLANCO, EDGAR YAMIL

A-File Number: A209 409 169

Date: 03/27/2017

SIGMA Event: 10667190

Event ID: RBN1703000123

Subject ID: 358339534

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[x] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

    [ ] Under bond in the amount of $ _____

    [ ] On your own recognizance.

    [ ] Under other conditions. [Additional document(s) will be provided.]

M. LAWRENCE
Name and Signature of Authorized Officer

03/27/2017 17:00
Date and Time of Custody Determination

CBP Watch Commander
Title

Rainbow Bridge Port of Entry
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

[x] I acknowledge receipt of this notification, and

    [x] I do request an immigration judge review of this custody determination.

    [ ] I do not request an immigration judge review of this custody determination.

X _____
Signature of Alien

3/27/17
Date

*[stamp: RECEIVED 2017 APR 13 PM 1:01 U.S. DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW IMMIGRATION COURT BATAVIA, NY]*

---

The contents of this notice were read to Sujit Kumar DAS in the ENGLISH language.

    (Name of Alien)    (Name of Language)

R. MORMEL
Name and Signature of Officer

None
Name or Number of Interpreter (if applicable)

CBPEO
Title

DHS Form I-286 (1/14)

U.S. Department of Homeland Security      **Notice of Rights and Request for Disposition**

| | | |
|---|---|---|
| SIGMA Event: 10667190 | Subject ID : 358339534 | Event No: RBN1703000123 |
| FINS #: 1159800441 | | File No: A209 409 169 |

Name: Sujit Kumar DAS (AKA: BLANCO,EDGAR YAMIL)

---

## NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officer from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

---

## REQUEST FOR DISPOSITION

_EL_ [X] I request a hearing before the Immigration Court to determine whether or not I may remain in the
Initials     United States.

_____ [ ] I believe I face harm if I return to my country. My case will be referred to the Immigration Court
Initials     for a hearing.

_____ [ ] I admit that I am in the United States illegally, and I believe that I do not face harm if I return to my
Initials     country. I give up my right to a hearing before the Immigration Court. I wish to return to my country
as soon as arrangements can be made to effect my departure. I understand that I may be held in
detention until my departure.

X _____       3/27/17
    Signature of Subject                                          Date

---

## CERTIFICATION OF SERVICE

[ ] Notice read by subject.

[X] Notice read to subject by   R. MORMEL     , in the   **ENGLISH**    language.

     **R. MORMEL**                                    None
  Name of Officer (Print)                            Name of Interpreter (Print)

_____       **March 27, 2017   5:00 PM**
   Signature of Officer                              Date and Time of Service

Form I-826 (Rev. 08/01/07)

U.S. Department of Homeland Security

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

| | | |
|---|---|---|
| Subject ID : 358339534 | FIN #: 1159800441 | File No: A209 409 169 |
| SIGMA Event: 10667190 | DOB: ████/1986 | Event No: RBN1703000123 |

In the Matter of:

Sujit Kumar DAS AKA: BLANCO, EDGAR YAMIL;

Respondent: _____ currently residing at:

4250 FEDERAL DR , BATAVIA NEW YORK 140201094

(585)343-0814

(Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of India and a citizen of India;
3. You were last admitted to the United States at Niagara Falls, New York on or about May 05, 2014 as an R-1 nonimmigrant Religious Worker, with authorization to remain in the United States for a temporary period not to exceed December 04, 2016;
4. You remained in the United States beyond December 04, 2016 without authorization from the Department of Homeland Security;
5. You falsely claimed to be a citizen of the United States to Customs and Border Protection Officers on or about March 24, 2017 for the purpose of avoiding detection as a removable alien.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

*Pleadings — 7/24/17*

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

4250 Federal Drive Room F108 Batavia NEW YORK 14020

*(Complete Address of Immigration Court, including Room Number, if any)*

on a date to be set  at a time to be set  to show why you should not be removed from the United States based on the
      *(Date)*              *(Time)*

charge(s) set forth above.

M. LAWRENCE CBP Chief

*(Signature and Title of Issuing Officer)*

Date: March 24, 2017          Niagara Falls, NY

*(City and State)*

See reverse for important information          Form I-862 (Rev. 08/01/07)

5/3/17

"EXHIBIT    1    "

8

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
*(Signature of Respondent)*

Date: _____

_____
*(Signature and Title of Immigration Officer)*

---

**Certificate of Service**

This Notice To Appear was served on the respondent by me on <u>March 24, 2017</u>, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person   [ ] by certified mail, returned receipt requested   [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[x] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____<u>ENGLISH</u>_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____
*(Signature of Respondent if Personally Served)*

R. MORMEL
CBPEO

_____
*(Signature and Title of officer)*

U.S. Department of Homeland Security

Continuation Page for Form ___1862___

| Alien's Name<br>Sujit Kumar DAS | File Number A209 409 169<br>SIGMA Event: 10667190<br>Event No: RBN1703000123 | Date<br>March 24, 2017 |
|---|---|---|

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED
STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
=================================================================================

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after
admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the
United States for a time longer than permitted, in violation of this Act or any other law of
the United States. *Sustained - 9/20/18 - IJ Connelly- ACC Moellering*

Section 237(a)(3)(D) of the Immigration and Nationality Act (Act), as amended, in that you
are an alien who has falsely represented yourself to be a citizen of the United States for
any purpose or benefit under this Act (including Section 274A) or a Federal or State law.

*Sustained - 9/20/18 - IJ Connelly - ACC Moellering*

| Signature<br>M. LAWRENCE | Title<br>CBP Chief |
|---|---|

___3___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

10

SIGMA Event: 10667190
Subject ID : 358339534

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| DAS, Sujit Kumar | | | | M | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| INDIA | None presented | Case No: RBN1703000123 A209409169 | | 65 | 150 | UNKNOWN. |

| U.S. Address | | Scars and Marks |
|---|---|---|
| 4250 FEDERAL DR BATAVIA, NEW YORK, 140201094, | | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| 05/05/2014, RBN, 2119 | UNKNOWN | 475414FH8 | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| UNKNOWN. | ISP |

| Date of Birth | | Date of Action | Location Code | At/Near RBN | Date/Hour |
|---|---|---|---|---|---|
| /1986 | Age: 30 | 03/27/2017 | BUF/RBN | RBN | 03/27/2017 1942 |

| City, Province (State) and Country of Birth | | By |
|---|---|---|
| N/A, INDIA | AR ☒ Form: (Type and No.) Lifted ☐ Not Lifted ☒ | R. MORMEL |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| NEW DELHI, INDIA J1214179 | None | Other Non-Immigrant | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| /2013 | None | 1 MONTH TO 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| , None Claimed. | None Claimed |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| DAS, Paramanand NATIONALITY: INDIA | DEVI, Gulab NATIONALITY: INDIA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| UNKNOWN. | | 0    Hr | / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1159800441

Left Index fingerprint          Right Index fingerprint

None

OTHER ALIASES KNOWN BY:
------------------------
BLANCO, EDGAR YAMIL

SCARS, MARKS, AND TATTOOS
--------------------------
...(CONTINUED ON I-831)

R. MORMEL
CBPEO                    *Rebecca Mormel*
(Date/Initials)          (Signature and Title of Immigration Officer)

3/27/17 Rev

| Alien has been advised of communication privileges | |
|---|---|
| Distribution: | Received: (Subject and Documents)   (Report of Interview) |
| IJ | Officer: R. MORMEL |
| | on: March 27, 2017                              (time) |
| FILE | Disposition: Notice to Appear Detained (I-862) |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form ___I213____

| Alien's Name<br>DAS, Sujit Kumar | File Number A209409169<br>SIGMA Event: 10667190<br>Event No: RBN1703000123 | Date<br>03/27/2017 |
|---|---|---|

None Visible - none visible


RECORDS CHECKED
---------------
CCD Pos
CIS Neg
NCIC Pos
NLETS Neg
TECS Pos

CHARGE CODES
------------
R1B
R3D


SECTION CODES
-------------
237a1B
237a3Di


APPREHENSION: The male subject DAS, Sujit Kumar was apprehended at the Rainbow Bridge, in Niagara Falls, NY on 03/24/2017.  The subject was not seeking admission into the US but had been refused entry into Canada after a failed Refugee claim.

PRIMARY OFFICER: CBSA Escort

Previous Admission Number: R1 I-94#13062159030
CRIMINAL RECORD: FBI# 475414FH8, see below.

Buffalo JTTF was not contacted.
FBI was not contacted for record checks.

INTEL/OTHER:  On 03/24/2017 at approximately 1930 hours, subject Sujit Kumar DAS (born ██████/1986 in India) was encountered at the Rainbow Bridge in Niagara Falls, N.Y. in the custody of CBSA Officers.  The subject was being returned to the United States after a failed refugee claim in Canada.  CBSA advised CBP that the subject had presented a New York State Medicaid Card (ID#██████, Card#███████████████) and New York State Birth Certificate (███████████) both in the identity of BLANCO, Edgar Yamil born ██████/1988 in the United States.  The subject's Canadian refusal paperwork listed his identity as Sujit Kumar DAS.

Secondary record checks on the DAS identity showed a lookout from the State Department entered March 13, 2017 stating, "Sujit DAS has assumed two US citizens' identities -- Edgar BLANCO (DOB: ██████-1986) AND Andrew CHIH (DOB: 04-01-1982). DAS has applied for and received multiple state benefits under the identity Edgar BLANCO. He has also applied for a U.S. Passport under the BLANCO identity. He is the subject of a DS investigation."
Further record checks showed that DAS obtained an R1 visa at the US Consulate in New Delhi on November 27, 2013 valid until April 27, 2016.  This NIV application cited petition receipt...(CONTINUED ON NEXT PAGE)

| Signature                    R. MORMEL | Title                    CBPEO |
|---|---|

_____2_____ of ____4____ Pages

U.S. Department of Homeland Security

Continuation Page for Form ___I213___

| Alien's Name<br>DAS, Sujit Kumar | File Number A209409169<br>SIGMA Event: 10667190<br>Event No: RBN1703000123 | Date<br>03/27/2017 |
|---|---|---|

number WAC-1█████████. DAS then used that R1 visa to enter the United States. DAS was admitted at Newark, NJ on December 6, 2013 as an R1 with authorization to remain until December 4, 2016. DAS was admitted to the US a second time as an R1 after a short trip to Canada in May of 2014. When he returned to the US at the Rainbow Bridge as a pedestrian on May 5, 2014, he was again admitted until December 4, 2016.

DAS has FBI number 4███████ relating to arrests in New York in the identity Andrew CHIH and Pennsylvania in the DAS identity. DAS was arrested in New York on June 5, 2015 for Assault 3rd degree and July 15, 2015 for Criminal Possession of Marijuana 5th degree, respectively. He was arrested in Pennsylvania on October 18, 2015 for False Identity to Law Enforcement and Carrying False ID Card. No dispositions are shown for any of his arrests.

When encountered by CBP Officers on March 24, 2017, DAS was considered a nonimmigrant overstay since he failed to depart the US within his period of authorized stay. DOS S/A Wright, after notifying CBP that the State Department had an active case against DAS, responded to the Port to conduct an interview of the subject. While awaiting Agent Wright's arrival, a search of DAS' fingerprints were conducted in Ident/IAFIS. During the fingerprinting process, DAS stated that his name was Blanco and he was born on 6-18-88 in New York City. DAS stated that he was 30 years old and complained to CBP Officers that the Canadian Officials "don't treat us well over there". When pressed regarding whom he meant by "us" DAS stated US citizens. Submission of DAS' fingerprints to Ident/IAFIS matched FIN 1159800441 and FBI number ████████, confirming his identity.

The subject was Mirandized and then interviewed by S/A Wright with CBPE Officer Mormel as witness. DAS continually claimed that his true identity was Edgar BLANCO, that the Birth Certificate and NYS Medicaid card were his, and that he was the rightful bearer of those documents. At the conclusion of the interview, DOS S/A Wright presented the case to AUSA Fabiano. AUSA Fabiano accepted prosecution of DAS for 18 USC 911 (False claim to U.S. citizenship), 18 USC 1001 (false statements) and 18 USC 1028(a) (identity theft). Agent Wright secured detention space at Niagara County Jail. CBP completed an I-247 Detainer. Agent Wright and CBP Officer Kennard transported the subject to the Niagara County Jail at approximately 0010 hours on March 25, 2017.

DISCRETION: None offered.

HEALTH:
Medical issues: The subject claims that he is an alcoholic and has memory problems. It was highly suspicious that he mentioned these problems when pressed on details about his life and US citizenship.
Current condition: Appears well.
Medications with the aliens: None.
Previous treatment for mental illness: None claimed.
Telephonic privileges provided: No.

RBN1703000123
SIGMA#10667190
FIN#1159800441
A#209 409 169 assigned.
SAS: 2017AR001990201

FORMS: I-862, I-286, I-826, I-200, List of legal services, EOIR 33
...(CONTINUED ON NEXT PAGE)

| Signature _R. MORMEL_ | Title   CBPEO |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number A209409169 | Date |
|---|---|---|
| DAS, Sujit Kumar | SIGMA Event: 10667190 | 03/27/2017 |
| | Event No: RBN1703000123 | |

PAT DOWN: A pat down incidental to arrest and detention commenced at 2303 hours and concluded at 2305 hours with negative results.  The pat down was conducted by CBPO Arcuri, witnessed by CBPO Apon, and authorized by SCBPO Langworthy.

DISPOSITION: The subject is being criminally prosecuted by the Department of State.  An I-247 Detainer was placed on the subject for being removable under 237(a)(1)(B) of the INA. The subject was transported to Niagara County Jail by DOS S/A Wright and CBPO Kennard.

UPDATE 03/27/2017:  The US Attorney's Office opted not to prosecute DAS at this time for the above mentioned charges.  As a result, he was returned to the Rainbow Bridge POE for processing.  DAS is removable from the United States pursuant to Sections 237(a)(1)(B) - nonimmigrant overstay and 237(a)(3)(D)(i) - falsely claiming to be a US citizen.  As a result, he was served a Notice to Appear and detained.

CONSULAR NOTIFICATION:
  NON-MANDATORY COUNTRY: The Consulate was not contacted by phone or fax at the request of the alien.

DETENTION:  Enforcement and Removal Officer (ERO) Weigel was contacted at 1535 hours by CBPE Officer Mormel requesting detention space.  Officer Weigel approved detention space at the Buffalo Federal Detention Facility.  CBP Officers transported the subject to the BFDF at approximately 1730 hours.

AUTHORIZING OFFICER:  CBP Chief Lawrence

BOND DETERMINATION: "No Bond" set per CBP Chief Lawrence.  The subject has no travel documents, is an overstay in the United States, and falsely claimed to be a US citizen.

| Signature | Title |
|---|---|
| R. MORMEL | CBPEO |

_4_ of _4_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)



726 Exchange, Suite 400
Buffalo, New York 14202

**U.S. Customs and
Border Protection**

**Date:   March 24, 2017**

State of New York
County of Niagara
City of Niagara Falls

Statement of Supervisory CBPO Matthew Wade

I, Matthew Wade, presently employed as a Supervisory Customs and Border Protection
Officer in the Port of Buffalo/Niagara Falls, New York, depose and state: On March 24, 2017 , I
was assigned to supervisory duties at the Rainbow Bridge Port of Entry, Niagara Falls NY from
1500-2000hrs.  At approximately 1925 hours, a subject was encountered after being returned to
the United States by Canada Border Services Agency (CBSA) Officers.  After reviewing
paperwork from CBSA, I asked the subject if his true name and identity was Sujit Kumar DAS,
as listed on the deportation paperwork.  The subject claimed that he was not Sujit, but Edgar
BLANCO, and the subject pointed to a copy of a US Passport (Passport number ▮▮▮▮▮▮▮▮).
The subject again that his name was BLANCO, and the picture looked different because they
were old photos from when he was younger.  The subject was then escorted to document control
secondary for further processing.

Signature:   _____

Subscribed and sworn to before me this _24_ day of _March_, 20_17_.

_____
Designated to Administer oaths under
Section 486, Tariff Act of 1930

*Vigilance*   ★   *Service*   ★   *Integrity*

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 10/18/2015 | OTN/LiveScan Number | Complaint/Incident Number: BC-15-48280 |
|---|---|---|---|

| Defendant Name | First: SUJIT | Middle: KUMAR | Last: DAS |
|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| ☐ | 1 | 6310.3 | (a) | of the | PA Crimes Code | 1 | SUMM | | 22 | 90G |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | | UCR/NIBRS Code |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**CARRY FALSE IDENTIFICATION CARD**

Acts of the accused associated with this Offense:
**PACC 6310.3(a) Carrying a false identification card  SUMMARY**

**IN THAT, on or about said date, THE DEFENDANT, being under the age of 21 years, did possess an identification card falsely identifying him by name, age, date of birth or photograph as being over the age of 21 years or older or did obtain or attempt to obtain liquor or malt or brewed beverages by using an identification card of another or by using an identification card that had not been lawfully issued to or in the name of that person who possessed the card, in violation of Section 6310.3 of the Pa Crimes Code  (18 Pa.C.S.6310.3(a)  SUMMARY).**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| ☒ | 2 | 4914 | (a) | of the | Pa Crimes Code | 1 | MIS 3 | | 26 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**FALSE IDENTIFICATION TO LAW ENFOR. (M3)**

Acts of the accused associated with this Offense:
**PACC 4914(a) - False Identification to Law Enforcement Authorities**

**IN THAT, on or about said date, THE DEFENDANT, did furnish law enforcement authorities with false information about his identity after being informed by a law enforcement officer who is in uniform or who had identified himself as a law enforcement officer that he was the subject in an official investigation of a violation of the law, in violation of Section 4914(a) of the Pa Crimes Code  (18 Pa.C.S. 4914(a) - Misdemeanor 3rd).**

CERTIFIED COPY

AOPC 412A - Rev. 09/12

**CONFIDENTIAL** 

# Confidential Information Form
## Criminal Complaint

**Complete the defendant's SSN Information if known. If this form is submitted as part of a Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos should also be completed if known.**

| Docket Number: | Date Filed: 10/18/2015 | OTN/LiveScan Number | | Complaint/Incident Number BC-15-48280 |
|---|---|---|---|---|

| Defendant Name | First: SUJIT | Middle: KUMAR | Last: DAS |
|---|---|---|---|

**NCIC Cautions and Medical Conditions (Check Up to 9)**

| | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | _____ |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | _____ |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

**Scars, Marks, Tattoos NCIC Codes**

**Confidential Information**

Name: **DAS, SUJIT KUMAR**

☑ Defendant

☐ Other: _____

Social Security Number:

Financial Information:

CERTIFIED
COPY

# PC   CRIMINAL COMPLAINT

| Docket Number: | Date Filed: **10/18/2015** | OTN/LiveScan Number | | Complaint/Incident Number **BC-15-48280** |
|---|---|---|---|---|
| Defendant Name | First: **SUJIT** | Middle: **KUMAR** | | Last: **DAS** |

## AFFIDAVIT OF PROBABLE CAUSE

1.) Your affiant is Ofc. Paul Ramsden, badge #414, a sworn Police Officer for the City of Bethlehem.

2.) Your defendant is Sujit Kumar Das (DOB 05/20/1986). Address unknown.

3.) On 10/18/2015 your affiant responded to 77 Sands Blvd (Sands Casino Resort) for a report of a male refusing to leave the property after being directed to do so by Sands Security. Your affiant arrived on scene in a marked patrol vehicle and was in full uniform.

4.) Upon arrival the Defendant provided your affiant with a New York State Benefit Identification card bearing his picture along with the name "BRIAN LEONE" and the date of birth of "██████1973". He also provided a Social Security Card bearing the name "BRIAN LEONE".

5.) A Sands Security Supervisor on scene provided your affiant with a photograph of a New York State Driver's License which he stated was presented to Sands staff by the Defendant. This NYS License bore the name "BRIAN LEONE" and the date of birth of "████/1973", however the picture did not match the one provided by the Defendant on the NYS Benefit card. The Defendant confirmed that the photograph was of his Driver's License.

6.) The Defendant was transported to Bethlehem Police Headquarters to be fingerprinted to obtain his real identity due to multiple inconsistencies discovered with the Defendant's reported identification cards. During this process, your affiant was advised by Immigration & Customs Enforcement Agent Greg Marino that the Defendant was not "BRIAN LEONE" but instead was Sujit Kumar Das.

7.) Your affiant viewed the results generated by a NCIC/ICE Query based on the Defendant's fingerprints, which returned photographs of the Defendant along with the name Sujit Kumar Das (DOB ████/1986).

8.) DUE TO THE UNCOOPERATIVE NATURE OF THE DEFENDANT, AND HAVING NO VERIFIABLE ADDRESS, YOUR AFFIANT RESPECTFULLY REQUESTS AN ARRAIGNMENT FOR THIS MATTER.

CERTIFIED
COPY

AOPC 411C - Rev. 07/10

**PC ( ) CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: 10/18/2015 | OTN/LiveScan Number | | Complaint/Incident Number: BC-15-48280 |
|---|---|---|---|---|
| Defendant Name: | First: SUJIT | Middle: KUMAR | Last: DAS | |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION



CERTIFIED COPY

PMR #414

I, **RAMSDEN, PAUL**_____, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____ #414
(Signature of Affiant)

Sworn to me and subscribed before me this _____day of _____, _____.

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January,

SEAL

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0003724-2015**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 1 of 6

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: | Date Filed: 11/23/2015     Initiation Date: 10/18/2015 |
| OTN: T 681236-3     LOTN: | Originating Docket No: MJ-03211-CR-0000325-2015 |
| Initial Issuing Authority: James F. Stocklas | Final Issuing Authority: James F. Stocklas |
| Arresting Agency: Bethlehem Cty Police Dept | Arresting Officer: Ramsden, Paul M. |
| Complaint/Incident #: BC1548280 | |
| Case Local Number Type(s) | Case Local Number(s) |

## STATUS INFORMATION

Case Status:    Closed             Arrest Date:    10/18/2015

| Status Date | Processing Status |
|---|---|
| 11/10/2016 | Sentenced/Penalty Imposed |
| 11/10/2016 | Awaiting Formal Arraignment |
| 01/21/2016 | Sentenced/Penalty Imposed |
| 01/21/2016 | Awaiting Sentencing |
| 01/21/2016 | Awaiting Trial |
| 11/24/2015 | Awaiting Formal Arraignment |
| 11/23/2015 | Awaiting Filing of Information |

Complaint Date:    10/18/2015

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 01/21/2016 | 1:00 pm | Courtroom 1 | | Moved |
| Reconsideration of Sentencing Hearing | 02/05/2016 | 8:30 am | Courtroom 7 | Judge F.P. Kimberly McFadden | Scheduled |
| Criminal Court | 02/29/2016 | 9:00 am | Courtroom 1 | | Cancelled |
| Formal Arraignment | 11/22/2016 | 9:00 am | Courtroom 1 | | Cancelled |
| Criminal Court | 01/30/2017 | 9:00 am | Courtroom 1 | | Cancelled |

## DEFENDANT INFORMATION

Date Of Birth:     05/20/1986     City/State/Zip: New York, NY 10038

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Das, Sujit Kumar |

## BAIL INFORMATION

**Das, Sujit Kumar**                                      **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 10/18/2015 | Monetary | | $2,500.00 | | |

CPCMS 9082                                                       Printed: 04/02/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0003724-2015**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 2 of 6

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 1 | 1 | S | **18 § 6310.3 §§A** | Carry False Identification Card (Minor) | 10/18/2015 | T 681236-3 |
| 2 | 2 | M3 | **18 § 4914 §§A** | False Identification To Law Enforcement Officer | 10/18/2015 | T 681236-3 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|------------|------------------|-------------------|---|---|
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | Credit For Time Served | | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | | |
| Sentence Conditions | | | | |

**Waived for Court (Lower Court)**      Defendant Was Present

| | | | | |
|---|---|---|---|---|
| Lower Court Disposition | 11/18/2015 | Not Final | | |
| 1 / Carry False Identification Card (Minor) | Waived for Court (Lower Court) | S | 18 § 6310.3 §§ A | |
| 2 / False Identification To Law Enforcement Officer | Waived for Court (Lower Court) | M3 | 18 § 4914 §§ A | |

**Proceed to Court**      Defendant Was Not Present

| | | | | |
|---|---|---|---|---|
| Information Filed | 12/30/2015 | Not Final | | |
| 1 / Carry False Identification Card (Minor) | Held for Court | S | 18 § 6310.3 §§ A | |
| 2 / False Identification To Law Enforcement Officer | Held for Court | M3 | 18 § 4914 §§ A | |

**Guilty Plea - Negotiated**

| | | | | |
|---|---|---|---|---|
| Formal Arraignment | 01/21/2016 | Final Disposition | | |
| 1 / Carry False Identification Card (Minor) | Withdrawn | S | 18 § 6310.3 §§ A | |
| McFadden, F.P. Kimberly | 01/21/2016 | | | |
| McFadden, F.P. Kimberly | 02/05/2016 | | | |
| 2 / False Identification To Law Enforcement Officer | Guilty Plea | M3 | 18 § 4914 §§ A | |
| McFadden, F.P. Kimberly | 01/21/2016 | | | |
| Confinement | Min of 30.00 Days | 01/21/2016 | | |
| | Max of 6.00 Months | | | |
| | Other | | | |

Defendant is to receive credit for any/all time served in custody on this case.

| | | | | |
|---|---|---|---|---|
| McFadden, F.P. Kimberly | 02/05/2016 | | | |
| Confinement | Min of 1.00 Months | | | |
| | Max of 3.00 Months | | | |
| | Other | | | |

Defendant is to receive credit for any/all time served in custody on this case. Defendant to be released today, 2/5/2016.
Sentence reconsideration granted. Defendant released today 2/5/2016.

Printed: 04/02/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0003724-2015**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 3 of 6

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** Laura Marie Majewski | **Name:** Rory Brooks Driscole * |
| District Attorney | Public Defender |
| **Supreme Court No:** 308134 | **Supreme Court No:** 313843 |
| **Phone Number(s):** | **Rep. Status:** Lower Court |
| 610-9█████  (Phone) | **Phone Number(s):** |
| **Address:** | 484-█████  (Phone) |
| Northampton CO Da's Office | **Address:** |
| 669 Washington St | Driscole Howell Llc |
| Easton, PA 18042 | 408 Adams St |
|  | Bethlehem, PA 18015 |
| **Name:** Northampton County District | Representing: Das, Sujit Kumar |
| Attorney's Office | *Entry of Appearance Not Filed* |
| Prosecutor |  |
| **Supreme Court No:** |  |
| **Phone Number(s):** |  |
| 610-5█████  (Phone) |  |
| **Address:** |  |
| Northhampton County Government Center |  |
| 7th and Washington Streets |  |
| Easton, PA 18042 |  |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/18/2015 | | Capobianco, John |
| Bail Set - Das, Sujit Kumar | | | |
| 1 | 11/23/2015 | | Court of Common Pleas - Northampton County |
| Original Papers Received from Lower Court | | | |
| 1 | 11/24/2015 | | Criminal Division - Northampton |
| Formal Arraignment Scheduled 01/21/2016 1:00PM | | | |
| 1 | 12/30/2015 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 01/11/2016 | | Northampton County Clerk of Courts |
| Criminal Court Scheduled 02/29/2016 9:00AM | | | |
| 1 | 01/21/2016 | | Court of Common Pleas - Northampton County |
| Arraigned | | | |

CPCMS 9082

Printed: 04/02/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0003724-2015**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 4 of 6

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 01/21/2016 | | McFadden, F.P. Kimberly |
| Guilty Plea - Negotiated | | | |
| 4 | 01/21/2016 | | McFadden, F.P. Kimberly |
| Order - Sentence/Penalty Imposed | | | |
| 5 | 01/21/2016 | | Das, Sujit Kumar |
| Written Post-Sentence Colloquy | | | |
| 1 | 01/29/2016 | | Driscole, Rory Brooks |
| Motion for Reconsideration of Sentence | | | |
| Commonwealth of Pennsylvania | | | |
| 01/29/2016 | Interoffice | | |
| McFadden, F.P. Kimberly | | | |
| 02/02/2016 | Interoffice | | |
| 1 | 02/02/2016 | | Fisher, Leigh Ann |
| DL-21C to be Prepared | | | |
| 2 | 02/02/2016 | | Northampton County Clerk of Courts |
| Criminal Court Cancelled | | | |
| 3 | 02/02/2016 | | Fisher, Leigh Ann |
| DL-21C was prepared | | | |
| 4 | 02/02/2016 | | Northampton County Clerk of Courts |
| Reconsideration of Sentencing Hearing Scheduled 02/05/2016 8:30AM | | | |
| 1 | 02/03/2016 | | Unknown Filer |
| DL-21C Sent to PennDOT | | | |
| 1 | 02/05/2016 | | McFadden, F.P. Kimberly |
| Reconsideration of Sentence Granted (2-5-16) | | | |
| Release today. Reconsideration granted. | | | |

JUDGE: MCFADDEN
ADA: MATZ
PD: DRISCOLE
STENO: EVANS

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0003724-2015**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 5 of 6

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 02/05/2016 | | McFadden, F.P. Kimberly |

Order - Sentence/Penalty Imposed

Reconsideration of sentence granted. Defendant released today - 2/5/2016.

JUDGE: MCFADDEN
ADA: MATZ
PD: DRISCOLE
STENO: EVANS

| | | | |
|---|---|---|---|
| 1 | 02/17/2016 | | McFadden, F.P. Kimberly |

Guideline Sentence Form

| 1 | 10/07/2016 | | Fisher, Leigh Ann |
|---|---|---|---|

Delinquency Notice Filed

| 1 | 11/10/2016 | | Northampton County Clerk of Courts |
|---|---|---|---|

Formal Arraignment Scheduled 11/22/2016  9:00AM

| 2 | 11/10/2016 | | Northampton County Clerk of Courts |
|---|---|---|---|

Criminal Court Scheduled 01/30/2017  9:00AM

| 1 | 11/21/2016 | | Northampton County Clerk of Courts |
|---|---|---|---|

Formal Arraignment Cancelled

| 2 | 11/21/2016 | | Northampton County Clerk of Courts |
|---|---|---|---|

Criminal Court Cancelled

Printed: 04/02/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET

**Docket Number: CP-48-CR-0003724-2015**

## CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Sujit Kumar Das

Page 6 of 6

### CASE FINANCIAL INFORMATION

Last Payment Date:                                                                                                Total of Last Payment:

| **Das, Sujit Kumar**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Server Fee - Referred to County | $91.45 | $0.00 | -$91.45 | $0.00 | $0.00 |
| Server Fee - Referred to County | $65.00 | $0.00 | -$65.00 | $0.00 | $0.00 |
| ATJ | $4.00 | $0.00 | $0.00 | $0.00 | $4.00 |
| CJES | $2.25 | $0.00 | $0.00 | $0.00 | $2.25 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $10.15 | $0.00 | $0.00 | $0.00 | $10.15 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| State Court Costs (Act 204 of 1976) | $11.85 | $0.00 | $0.00 | $0.00 | $11.85 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| MRS Collection Fee (Northampton) | $31.88 | $0.00 | $0.00 | $0.00 | $31.88 |
| Costs/Fees Totals: | $315.83 | $0.00 | -$156.45 | $0.00 | $159.38 |
| Grand Totals: | $315.83 | $0.00 | -$156.45 | $0.00 | $159.38 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



## Northampton County Court of Common Pleas
## Court Summary

**Das, Sujit Kumar**
New York, NY 10038

DOB: 0▒▒▒/1986

Sex: Male
Eyes: Brown
Hair: Black
Race: Asian

**Closed**
**Northampton**
**CP-48-CR-0003724-2015**     Proc Status: Sentenced/Penalty Imposed     DC No:     OTN:T6812363
Arrest Dt: 10/18/2015     Disp Date: 01/21/2016     Disp Judge: McFadden, F.P. Kimberly

| Seq No | Statute | Grade | Description | | Disposition |
|---|---|---|---|---|---|
| Sentence Dt. | Sentence Type | Program Period | | Sentence Length | |
| 1 | 18 § 6310.3 §§ A | S | Carry False Identification Card (Minor) | | Withdrawn |
| 2 | 18 § 4914 §§ A | M3 | False Identification To Law Enforcement Officer | | Guilty Plea |
| 01/21/2016 | Confinement | Other | | Min: 30 Day(s) Max: 6 Month(s) | |
| 02/05/2016 | Confinement | Other | | Min: 1 Month(s) Max: 3 Month(s) | |

CERTIFIED
COPY

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

26